■ In the Matter of SUSAN BOYAJIAN, Mother on Behalf of STEPHANIE BOYAJIAN, Appellant, v. IRA COHEN, Respondent.— Order of Family Court entered on January 4, 1965 directing defendant to provide support for a child of the marriage unanimously modified on the facts to increase support payments to $45 per week and, as so modified, affirmed, with $30 costs and

disbursements to appellant. On the findings of the trial court as to respondent's income and the necessities of the child, we find that an appropriate allowance would be $45 per week, inclusive of medical expenses. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.